**Otto H. Weyland, plaintiff-appellant, v. Ethel A. Cutrell, defendant-appellee. Gen. No. 27,615.**

Replevin for household goods on termination of a gratuitous bailment thereof to defendant. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Thomas Lynch, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed July 3, 1922.

Levisohn & Levisohn, for appellant; Fred W. Bentley, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Alfred A. Norton and John Brown, appellants, v. Carl Edward, appellee. Gen. No. 27,307.**

Action for services as attorneys in which an attachment was sued out. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed July 11, 1922.

Alfred A. Norton and John A. Brown, *pro se*. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Harry W. Greene Construction Company, appellee, v. John Monighan, appellant. Gen. No. 27,436.**

Action for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed July 11, 1922.

Frank M. Padden, for appellant; John V. Clinnin, of counsel. Charles A. Phelps, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Sam Marshall, appellant, v. M. H. Stein, appellee. Gen. No. 27,156.**

Action for a balance due on a trade of automobiles. Set-off pleaded. Judgment for defendant on his claim of set-off. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed July 11, 1922.

Meyer W. Rosin and Fred W. Story, for appellant. Joseph Rosenstein, for appellee; James Donahoe, of counsel.

Mr. Justice Gridley delivered the opinion of the court.